# EXHIBIT B

NEXT EVENT! June 20-22, 2025 @ DoubleTree @ SeaWorld Orlando

**SPOOKY EMPIRE**

JUNE 20-22, 2025 ∨   OCT 31-NOV 2, 2025 ∨   ADVERTISING/PRESS ∨   FAQ   JOIN OUR CRÜE ∨   CONTACT US   SHOP ∨



UPCOMING EVENTS:
June 20-22, 2025
DoubleTree By Hilton at SeaWorld

Oct 31- Nov 2, 2025
Hyatt Regency Orlando



GUESTS



PHOTO OPS



TATTOO

 spookyempire

















Load More     Follow on Instagram

Our Killer Sponsors & Partners!

Our other Sponsors & Partners:











**What You Need**

June 2025: Host Hotel

VIP Pass Info

**About The Event**

About Us

Schedule: November 2024

**More Information**

Contact Us

FAQ

Weapons Policy

Privacy Policy

© Spooky Empire 2024

