# EXHIBIT C

https://www.spookala.com/    April 15, 2025



HOME | TICKETS | PHOTO OPS | FAQ | CONTACT | OCTOBER 2025 VENDORS

## FEATURING GUESTS:





CHECK OUT OUR
SPONSORS BELOW:

POWERED BY

TIXR